■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES E. MILLER, Appellant.—Judgment unanimously affirmed; assigned counsel's request to withdraw granted in accordance with *Anders v California* (386 US 738). Memorandum: Upon a full review of the record before the court it appears that the appeal is wholly frivolous and there are no legal points arguable requiring this court to assign new counsel. (Appeal from judgment of Livingston County Court—robbery, first degree.) Present—Marsh, P. J., Cardamone, Simons, Dillon and Schnepp, JJ.

■ MICHAEL T. MURPHY, Appellant, v PAULA E. MURPHY, Respondent. —Order unanimously reversed, without costs, and motion granted. Memorandum: In plaintiff's action for an annulment or in the alternative for a divorce, Special Term improperly denied plaintiff's motion for an order compelling defendant and her infant child to submit to blood tests pursuant to CPLR 3121 (subd [a]). The cause of action for annulment was based upon allegedly false representations made by defendant that plaintiff was the father of the child. Defendant's answer contains a denial of such allegations and puts the paternity of the child in issue. Inasmuch as the motion was made "After commencement of an action in which * * * the blood relationship of a party or of [a] person in the custody or under the legal control of a party, is in controversy", plaintiff was entitled to the order as a matter of right. (CPLR 3121, subd [a]; *Vargas v Vargas,* 54 AD2d 590.) (Appeal from order of Erie Supreme Court—blood tests.) Present—Marsh, P. J., Moule, Simons, Dillon and Hancock, Jr., JJ.